■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RANDY DOWNING, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered June 2, 1977, convicting him of sexual abuse in the first degree, upon a jury verdict, and imposing sentence. Judgment affirmed (see *People v Jackson,* 46 NY2d 721; *People v Iannone,*

45 NY2d 589). We have considered the other contentions raised by defendant and find them to be without merit. Hopkins, J. P., Martuscello, Latham and Hawkins, JJ., concur.